


# PAVAN PARIKH
# HAMILTON COUNTY CLERK OF COURTS

## COMMON PLEAS DIVISION

**ELECTRONICALLY FILED**
**November 4, 2022 09:33 AM**
**PAVAN PARIKH**
**Clerk of Courts**
**Hamilton County, Ohio**
**CONFIRMATION 1250026**

**JOHN DAUGHERTY** **A 2204042**

**vs.**

**LOWES HOME CENTERS LLC**

## FILING TYPE: WRITTEN REQUEST FOR SERVICE (CERTIFIED MAIL)

## PAGES FILED: 1

Ex. A

EFR200




**COMMON PLEAS COURT**
**HAMILTON COUNTY, OHIO**

JOHN DAUGHERTY

CASE NO. ____________

VS

LOWES HOME CENTERS, LLC

DOCUMENT TO BE SERVED & ITS FILED DATE

COMPLAINT

PLAINTIFF/DEFENDANT REQUESTS:

- [x] CERTIFIED MAIL SERVICE
- [ ] PERSONAL SERVICE
- [ ] PROCESS SERVICE
- [ ] REGISTERED INTERNATIONAL
- [ ] EXPRESS MAIL SERVICE
- [ ] REGULAR MAIL SERVICE
- [ ] RESIDENCE SERVICE
- [ ] FOREIGN SHERIFF

ON:

1) LOWES HOME CENTERS, LLC
1550 WAGNER AVE.
GREENVILLE, OH 45331-2892

2) LOWES HOME CENTERS, LLC
CORPORATION SERVICE COMPANY
3366 RIVERSIDE DRIVE, SUITE 103
UPPER ARLINGTON, OH 43221

3) ____________

4) ____________

HARVEY A. RICHMAN
ATTORNEY

810 SYCAMORE ST., CINCINNATI, OH 45202
ADDRESS

513 621 0000
PHONE NUMBER

0065566
ATTORNEY NUMBER

Revised 9-18-18



# PAVAN PARIKH
# HAMILTON COUNTY CLERK OF COURTS

## COMMON PLEAS DIVISION

**ELECTRONICALLY FILED**
**November 4, 2022 09:33 AM**
**PAVAN PARIKH**
**Clerk of Courts**
**Hamilton County, Ohio**
**CONFIRMATION 1250026**

**JOHN DAUGHERTY** **A 2204042**

**vs.**

**LOWES HOME CENTERS LLC**

**FILING TYPE: NOTIFICATION FORM**

**PAGES FILED: 1**

EFR200




**Clerk of Courts**
**Court of Common Pleas, Hamilton County, Ohio**
**www.courtclerk.org**

# NOTIFICATION FORM

## CASE INFORMATION

**Date:** NOVEMBER 4, 2022

**Case No.:** ____________

**Caption:** JOHN DAUGHERTY vs LOWES HOME CENTERS LLC

************************************************************

## ATTORNEY INFORMATION

**Attorney Name:** HARVEY RICHMAN

**Attorney Address:**
____________
Firm
810 SYCAMORE ST
Street Number
CINCINNATI, OH 45202
City, State, Zip
513 621 0000
Phone Number
513 672 1094
Fax Number
INFO@RICHMANLAWOFFICES.COM
E-Mail Address

**Ohio Attorney Supreme Court No.:** 0065566

☐ **Address Change Only**

☐ **Request Case Notification / Not a Party Defendant**

************************************************************

## COURT PARTY INFORMATION

**Name of Client:** JOHN DAUGHERTY ☒ **Plaintiff** ☐ **Defendant**

**Name of Client:** ____________ ☐ **Plaintiff** ☐ **Defendant**

**Name of Client:** ____________ ☐ **Plaintiff** ☐ **Defendant**

**Name of Client:** ____________ ☐ **Plaintiff** ☐ **Defendant**

**Name of Client:** ____________ ☐ **Plaintiff** ☐ **Defendant**

**Substituted for:** ____________ **(if applicable)**

Rev. 08/03/2017



# PAVAN PARIKH
# HAMILTON COUNTY CLERK OF COURTS

## COMMON PLEAS DIVISION

**ELECTRONICALLY FILED**
**November 4, 2022 09:33 AM**
**PAVAN PARIKH**
**Clerk of Courts**
**Hamilton County, Ohio**
**CONFIRMATION 1250026**

**JOHN DAUGHERTY** **A 2204042**

**vs.**

**LOWES HOME CENTERS LLC**

## FILING TYPE: INITIAL FILING (IN COUNTY) WITH NO JURY DEMAND

## PAGES FILED: 7

EFR200

# COURT OF COMMON PLEAS
# HAMILTON COUNTY, OHIO

JOHN DAUGHERTY
1118 NORDYKE RD.
CINCINNATI, OH 45255

PLAINTIFF

CASE NO.:
JUDGE:

COMPLAINT

VS.

LOWES HOME CENTERS, LLC
1550 WAGNER AVE.
GREENVILLE, OH, 45331-2892

ALSO SERVE: LOWES HOME CENTERS, LLC
CORPORATION SERVICE COMPANY
3366 RIVERSIDE DRIVE, SUITE 103
UPPER ARLINGTON OH 43221

AND

JOHN DOE
ACTUAL NAME AND ADDRESS UNKNOWN

DEFENDANTS

Now comes the Plaintiff and for his Complaint states as follows:

## THE PARTIES

1. Plaintiff, John Daugherty, hereinafter called "Mr. Daugherty" or "Plaintiff," is making a claim for an injury arising from the negligence of Defendant, Lowes Home Centers, LLC, or its employees, agents, contractors and/or John Doe; jointly, separately, severally, and as their interest may appear, commonly for the purpose of brevity herein often called "Lowes" or "Defendants."

2. Defendant, Lowes Home Centers, LLC, is a foreign Corporation, licensed and doing business in Ohio.

3. John Doe is a party Defendant with an identity and address that at the time of filing this Complaint are unknown, but is responsible for the incident and injury sustained by Plaintiff.



E-FILED 11/04/2022 9:33 AM / CONFIRMATION 1250026 / A 2204042 / COMMON PLEAS DIVISION / IFI

## Jurisdiction and Venue

4. Jurisdiction and venue are proper with this Hamilton County Court of Common Pleas. The Complaint alleges that the incident occurred in Hamilton County, Ohio and that one or more of the identified Defendants conducted business relevant to the described acts, which took place in Hamilton County, Ohio.

## FIRST CAUSE OF ACTION

5. On February 20, 2021, Mr. Daugherty had purchased a refrigerator and other items from Defendant, Lowes. Mr. Daugherty was having Lowes deliver and install the refrigerator at his home, 1118 Nordyke Road, in Cincinnati, Hamilton County, Ohio.

6. The only contact that Mr. Daugherty had in relation to the delivery and installation of the refrigerator was Lowes. The identities of the workmen and their relationship to Lowes are unknown. This Complaint may be amended. Said unknown workmen are included as "Lowes" and may later be substituted for the "John Doe" in this action.

7. A refrigerator was being moved by Lowes into Mr. Daugherty's home. The refrigerator was too wide to go through the front door of the home, requiring the workmen to remove the front door in order to bring the appliance into the house.

8. The workmen removed front door and leaned it against the door that leads to the garage.

9. While the workmen were taking the old refrigerator out of the house, one of the workmen came into contact with the front door of the house that was leaning against the garage door and the front door of the house fell onto the body of Mr. Daugherty. Upon impact Mr. Daugherty fell to the ground.

10. Mr. Daugherty suffered severe injuries and was taken to Mercy Hospital, Anderson Emergency Department.

11. Mr. Daugherty followed with extensive medical treatment and continues to suffer the effects of his injuries.

12. Defendant, Lowes, knew or should have known that the front door that they propped against the side of the garage was unsafe.

13. Defendants committed acts of negligence which breached their duty of care.

14. Defendants were negligent as a matter of law and responsible for the loss to Plaintiff.

15. The Defendants were at all times herein, in complete control and custody of the door that fell upon Mr. Daugherty. Defendants are responsible to Mr. Daugherty as a matter of res ipsa loquitur.

16. Lowes is responsible for the incident set forth herein by said workmen as a matter of respondeat superior.

17. Defendant, Lowes, is directly responsible to the Plaintiffs for the choosing, negligent hiring, training, supervision and control of the workmen.

18. Defendants are directly responsible to the Plaintiff for the negligent hiring, training, supervision and control of the employee who conducted the delivery and installation of the appliance.

19. As a direct and proximate result of the negligence of Defendants, Plaintiff suffered pain, suffering, anxiety, loss of enjoyment of life, lost wages, loss of earning capacity, and other damages, all of which may continue into the future.

20. As a direct and proximate result of the negligence of Defendants, Mr. Daugherty has experienced anxiety, loss of enjoyment of life, and other damages, all of which may continue into the future.

21. Defendants John Doe is a person or entity that either has an interest or responsibility in this claim or has contributed to the facts of the incident set forth that gives rise to the action set forth herein. The actual name, identity, addresses and circumstances are not known at this time but will be supplemented according to law.

WHEREFORE, Plaintiff prays for judgment for compensatory damages against the Defendants, jointly and severally, that will adequately compensate the Plaintiff for his injuries, pain and suffering both past and future, lost wages both past and future, medical expenses both past and future, property damages, and punitive damages, all in an amount greater than $25,000.00, costs herein expended, and such other relief as may be just and proper.



E-FILED 11/04/2022 9:33 AM / CONFIRMATION 1250026 / A 2204042 / COMMON PLEAS DIVISION / IFI

Respectfully submitted,

TRIAL COUNSEL:

Harvey A. Richman (0065566)
Richman Law Offices
810 Sycamore St., First Floor
Cincinnati, OH 45202
513 621 0000
Fax: 513 672-1094
info@richmanlawoffices.com




# PAVAN PARIKH
# HAMILTON COUNTY CLERK OF COURTS

## COMMON PLEAS DIVISION

**ELECTRONICALLY FILED**
**November 4, 2022 09:33 AM**
**PAVAN PARIKH**
**Clerk of Courts**
**Hamilton County, Ohio**
**CONFIRMATION 1250026**

**JOHN DAUGHERTY** **A 2204042**

**vs.**

**LOWES HOME CENTERS LLC**

**FILING TYPE: CLASSIFICATION**

**PAGES FILED: 1**

EFR200



| COURT OF COMMON PLEAS<br>HAMILTON COUNTY, OHIO | CLASSIFICATION FORM<br>WWW.COURTCLERK.ORG | Pavan Parikh<br>CLERK OF COURTS |
|---|---|---|

CASE NUMBER:__________ PLAINTIFF: JOHN DAUGHERTY

PURSUANT TO SUPERINTENDENCE RULE 4, THIS CASE WAS ORIGINALLY FILED AND DISMISSED

UNDER CASE NUMBER:__________ BY JUDGE __________

PLEASE INDICATE CLASSIFICATION INTO WHICH THIS CASE FALLS (please only check one):

- [ ] Other Tort – C360
- [x] Personal Injury – C310
- [ ] Wrongful Death – C320
- [ ] Vehicle Accident – C370

- [ ] Professional Tort – A300
- [ ] Personal Injury – A310
- [ ] Wrongful Death – A320
- [ ] Legal Malpractice – A330
- [ ] Medical Malpractice – A340

- [ ] Product Liability – B350
- [ ] Personal Injury – B310
- [ ] Wrongful Death – B320

- [ ] Worker's Compensation
- [ ] Non-Compliant Employer – D410
- [ ] Appeal – D420

- [ ] Administrative Appeals – F600
- [ ] Appeal Civil Service – F610
- [ ] Appeal Motor Vehicle – F620
- [ ] Appeal Unemployment – F630
- [ ] Appeal Liquor – F640
- [ ] Appeal Taxes – F650
- [ ] Appeal Zoning – F660

- [ ] Certificate of Qualification – H600

- [ ] Other Civil – H700-34
- [ ] Appropriation – H710
- [ ] Accounting – H720
- [ ] Beyond Jurisdiction –730
- [ ] Breach of Contract – 740
- [ ] Cancel Land Contract – 750
- [ ] Change of Venue – H760
- [ ] Class Action – H770
- [ ] Convey Declared Void – H780
- [ ] Declaratory Judgment – H790
- [ ] Discharge Mechanics Lien – H800
- [ ] Dissolve Partnership – H810
- [ ] CONSUMER SALES ACT (1345 ORC) – H820
- [ ] Check here if relief includes declaratory judgment, injunction or class action recovery – H825
- [ ] Habeas Corpus – H830
- [ ] Injunction – H840
- [ ] Mandamus – H850
- [ ] On Account – H860
- [ ] Partition – H870
- [ ] Quiet Title – H880
- [ ] Replevin – H890
- [ ] Sale of Real Estate – H900
- [ ] Specific Performance – 910
- [ ] Restraining Order – H920
- [ ] Testimony – H930-21
- [ ] Environmental – H940
- [ ] Cognovit – H950
- [ ] Menacing by Stalking – H960
- [ ] Repo Title – Transfer of Title Only –970
- [ ] Court Ordered Title – H980
- [ ] Injunction Sexual Predator – 990
- [ ] SB 10 – Termination – H690
- [ ] SB 10 – Reclassification – H697

DATE: NOV 4 2022

ATTORNEY (PRINT): HARVEY RICHMAN

OHIO SUPREME COURT NUMBER: 0065566

Revised 05/03/2021

COURT OF COMMON PLEAS
HAMILTON COUNTY, OHIO

JOHN DAUGHERTY
**PLAINTIFF**

Use below number on all future pleadings

-- vs --

No. A 2204042
SUMMONS

LOWES HOME CENTERS LLC
**DEFENDANT**

LOWES HOME CENTERS LLC
1550 WAGNER AVE
GREENVILLE OH 45331

D - 1

You are notified
that you have been named Defendant(s) in a complaint filed by

JOHN DAUGHERTY
1118 NORDYKE RD
CINCINNATI OH 45255

Plaintiff(s)

in the Hamilton County, COMMON PLEAS CIVIL Division,
**PAVAN PARIKH, 1000 MAIN STREET ROOM 315,**
**CINCINNATI, OH 45202.**
You are hereby summoned and required to serve upon the plaintiff's attorney, or upon the plaintiff, if he/she has no attorney of record, a copy of an answer to the complaint within twenty-eight (28) days after service of this summons on you, exclusive of the day of service. Your answer must be filed with the Court within three (3) days after the service of a copy of the answer on the plaintiff's attorney.

Further, pursuant to Local Rule 10 of Hamilton County, you are also required to file a Notification Form to receive notice of all future hearings.

If you fail to appear and defend, judgement by default will be rendered against you for the relief demanded in the attached complaint.

Name and Address of attorney
HARVEY A RICHMAN
810 SYCAMORE ST
CINCINNATI OH 45202

PAVAN PARIKH
Clerk, Court of Common Pleas
Hamilton County, Ohio

By RICK HOFMANN
Deputy

Date: November 9, 2022

D136598908

COURT OF COMMON PLEAS
HAMILTON COUNTY, OHIO

JOHN DAUGHERTY
**PLAINTIFF**

-- vs --

LOWES HOME CENTERS LLC
**DEFENDANT**

Use below number on all future pleadings

No. A 2204042
SUMMONS

LOWES HOME CENTERS LLC
% CORPORATION SERVICE CO
3366 RIVERSIDE DR STE 103
UPPER ARLINGTON OH 43221

D - 1

You are notified
that you have been named Defendant(s) in a complaint filed by

JOHN DAUGHERTY
1118 NORDYKE RD
CINCINNATI OH 45255

Plaintiff(s)

in the Hamilton County, COMMON PLEAS CIVIL Division,
**PAVAN PARIKH, 1000 MAIN STREET ROOM 315,**
**CINCINNATI, OH 45202.**
You are hereby summoned and required to serve upon the plaintiff's attorney, or upon the plaintiff, if he/she has no attorney of record, a copy of an answer to the complaint within twenty-eight (28) days after service of this summons on you, exclusive of the day of service. Your answer must be filed with the Court within three (3) days after the service of a copy of the answer on the plaintiff's attorney.

Further, pursuant to Local Rule 10 of Hamilton County, you are also required to file a Notification Form to receive notice of all future hearings.

If you fail to appear and defend, judgement by default will be rendered against you for the relief demanded in the attached complaint.

Name and Address of attorney
HARVEY A RICHMAN
810 SYCAMORE ST
CINCINNATI OH 45202

PAVAN PARIKH
Clerk, Court of Common Pleas
Hamilton County, Ohio

By RICK HOFMANN
Deputy

Date: November 9, 2022

D136598997